IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEIS REALTY GROUP, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-1259 |
| | : | |
| AMPC REAL ESTATE LLC | : | |

# ORDER

**AND NOW**, this 2nd day of December 2024, upon considering defendant's motion to dismiss for improper venue under Rule 12(b)(3) and 28 U.S.C. § 1406(a) or, alternatively, to transfer the case under 28 U.S.C. § 1406(a) (DI 4), plaintiff's opposition (DI 7), defendant's reply (DI 8), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Defendant's motion to dismiss for improper venue under Rule 12(b)(3) and 28 U.S.C. § 1406(a) or, alternatively, to transfer the case under 28 U.S.C. § 1406(a) (DI 4) is **DENIED**.

2. Defendant shall file an answer to plaintiff's complaint (DI 1) no later than **December 16, 2024**.

_____
MURPHY, J.